Anna Sullivan

Vs.

Charlie Munger Estate
Nancy Barry Estate
Richard Blumenthal
Matt Blumenthal
Luke Bronin
Ryan Fazio
Jahana Hayes
Milford Hayes
Lisa Cook
Shayamala Harris
Lewis Hamilton
Michael "Tyga" Stevenson
Hilton Clinton
Bill Clinton
Bill Gates
Sean Carter
Beyonce Knowles
Max Wyatt
Kier Starmer
Sean Scanlon
Prince Andrew
Priscilla Chan
Phillip Plein
William Raveis Real Estate
William Bill Raveis
Tabatha Robinson
Elissa Leonard
Karim "French Montana" Kharbouch
Ariana Fletcher
Robin "Rihanna" Fenty
David Moross
Nasir Jones
Chris Brown
Travis Scott
Jaden Smith
Willow Smith
Artist Dubose
Ella Rodriguez
Mella Rodriguez
Taylor Swift

United States District Court
District of Connecticut
FILED AT    HARTFORD
2 H    M 2/17 26
                    20
Dinah Milton Kinney, Clerk
By_____
         Deputy Clerk

Nancy Peloski
Jennifer Lopez
Alabama Barker
Mariah Carey
Vin Diesel
Nick Cannon
Keisha Lance Bottoms
Amala Dlamini
Andrew Tate
Max Wyatt
Oliver Daemen
Sophie Brusseux
Alyssa "Latto" Stevens
Kin Jung Un
Britney Spears
Marshall Mathers
Colson "MGK" Baker
Megan Fox
Ashton Kutcher
Mila Kutcher
Michael Kutcher
Jelena "Gigi" Hadid
Isabella Hadid
Derrick Hamilton
Andrea Hamilton
Hailey Beiber
Justin Bieber
Nick Cannon
Sophie Brusseux
Sandra Graham
Aubrey Drake Graham
Travis Barker
Alabama Barker

Charlie Munger is hurting the United States and faked his death from Jeff Bezos' program which is to help them during the time of their passing through technologies. They are clinging to me asking me for help so that they can feel better and steal my data along the way and make products.

John Larson and Ned Lamont are helping them and realize they were just wrong. John Larson doesn't want people to know. They thought it was illegal to go on and on about.

Everyone involved violated my rights of privacy and quiet enjoyment by paying attention to Jeff Bezos' system and copying his protocols.

I am being attacked and illegally plotted against by the world KKK Ku Klux Klan leader and members and need justice. They are in the United States and Connecticut.

Mark and Jeff Bezos brothers are leading the way as corrupt people who are simply just abusing the world with the equipment they have. They have their equipment in their homes and stations. It will not be hard to confront them as they are weak men.

They are violating my life and rights by devaluing me, defaming me and attempting to murder me and anyone based on the fact that no one has stopped them.

They only want to make fun of me for being mixed race and hurt me over and over. He pretended to be a pastor style man in disguise to everyone but is a satanist.

They have a Rothschild family member that is hiding for them that will not stop hurting others. They are Olympia Anna de Rothschild and she is pretending to hurt me for yearslike a serial killer just because my name is Anna.


Please act quickly on this.

Anna Sullivan